UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
Civil Action 3:07-CV-00413-MR-CH

EUGENIA NIXON, et al.,

        Plaintiffs,

vs.

ROY A. MAJORS, MD, et al.,

        Defendants.

ORDER ALLOWING JOINT MOTION TO DEFER
INITIAL ATTORNEYS CONFERENCE

    This matter is before the Court on a motion in which all parties have joined to defer the obligation under Local Rule 16.1 and under Rule 26(f), F.R.Civ.P. to conduct an initial attorneys conference and to formulate the discovery plan anticipated by these rules, pending a disposition of the defendants' pending motions to dismiss. The Court finds that good grounds exist for the motion and that it should be allowed.

    IT IS THEREFORE ORDERED that the obligation to comply with the above-referenced rules is deferred, pending the disposition of the defendants' motions to dismiss.

    **SO ORDERED**.

                              Signed: December 14, 2007

                              Carl Horn, III
                              United States Magistrate Judge