**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**CIVIL ACTION NO. 3:07CV413-R**

EUGENIA NIXON, and       )
THOMAS NIXON,            )
                           )
        Plaintiffs,     )
    v.                  )
                           )        <u>ORDER</u>
ROY A. MAJORS, M.D., and  )
HEALTH SOUTH CORP. d/b/a )
HEALTH SOUTH SURGERY    )
CENTER,                  )
                           )
        Defendants.    )
_____)

**THIS MATTER** is before the Court on the "Motion of B. Ervin Brown, II to Withdraw as Counsel for Plaintiff[s]" (document #42) filed April 21, 2008; and the Plaintiffs' "Response ..." (document #45) filed June 2, 2008.

This Motion has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B). After conferring with the chambers of the District Judge to whom this case is assigned (the Honorable Martin K. Reidinger), the undersigned will <u>hold in abeyance</u> the subject Motion pending resolution of the Defendants' "Motion ... Strike Allegations from the Complaint" (document #6) and "Motion[s] to Dismiss ... " (documents ##8 and 15).

**SO ORDERED**.

Signed: June 5, 2008

*Carl Horn, III*
_____

Carl Horn, III
United States Magistrate Judge